UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HERBERT BURGESS, 93A3237,

                        Plaintiff,

                                                    DECISION AND ORDER

                                                    08-CV-6582L

                      v.

JAMES T. CONWAY, LISA TRAPASSO,
VANCE HAWLEY, SELEN ABASSEY,
and GERALD CONIGLIO,

                        Defendants.
_____

      Plaintiff, Herbert Burgess, appearing *pro se*, once again has filed a motion (Dkt. #10) for a preliminary injunction ordering him transferred to a different correctional facility. This Court previously denied plaintiff's earlier, similar request (Dkt. #7).

      Plaintiff has failed to demonstrate entitlement to a preliminary injunction and his motion (Dkt. #10) is denied.

      IT IS SO ORDERED.

                                                _____
                                                DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
       March 26, 2009.